# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO EASTERN DIVISION

GUY ANDREW MACK, JR.
STARK COUNTY GOVERNMENT
110 CENTRAL PLAZA SOUTH
CANTON, OHIO 44702

        THIRD PARTY PLAINTIFF

-V-

THE STATE OF OHIO, et al
4200 SURFACE ROAD
COLUMBUS, OHIO 44228

        THIRD PARTY DEFENDANT-PLAINTIFF

-V-

DAVE YOST, et al
OFFICE OF THE OHIO ATTORNEY GENERAL
RHODES OFFICE TOWER
30 EAST BROAD STREET, 15TH FLOOR
COLUMBUS, OHIO 43215

        THIRD PARTY DEFENDANT

FILED MAY 18 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

5:21 CV 1036

JUDGE ADAMS

MAG. JUDGE HENDERSON

*Ad hoc jurisdiction and Third Party Complaint for Property Recovery by Third Party Defendants*

---

## THIRD PARTY COMPLAINT FOR PROPERTY RECOVERY

***Now Comes*** GUY ANDREW MACK, JR., hereinafter ("THIRD PARTY PLAINTIFF") and Esquire representative to the STARK COUNTY GOVERNMENT whose tax mailing address is 110 CENTRAL PLAZA SOUTH in CANTON, OHIO 44702 to invoke the virtual power of the state republic to require the services of the STATE OF OHIO; hereinafter ("THIRD PARTY DEFENDANT-PLAINTIFF") and DAVE YOST;

1

hereinafter ("THIRD PARTY DEFENDANT") by Special Visitation to related Civil Case No. 1:21-CV-596-CJN to recover the property in question pursuant to § 217 of the federal rules of civil procedure. In the event of an appearance by THIRD PARTY DEFENDANTS, THIRD PARTY PLAINTIFF hereby reserves the right to be represented and protected by the Attorney General of the United States Department of Justice and the United States Marshal's Service. ***"The government.....for the protection of its property rights....may resort to the same remedies as a private person." Rex Trailer Co. v. United States, supra at 151; Cotton v. United States, 52 U.S. 229 (1850)***. THIRD PARTY PLAINTIFF will not administer Rule 12 of the local rules of Civil Procedure and Waive the Service of Summons on THIRD PARTY DEFENDANTS due to evidence presented from the previous related case that eliminates liability against THIRD PARTY DEFENDANTS. **If the Third Party Summons is not responded to within the designated 21-day period of when such service was issued, then THIRD PARTY PLAINTIFF will Move this Court for Default Judgment against THIRD PARTY DEFENDANTS, pursuant to Rule 55 of the Federal Rules of Civil Procedure**. Civil Demand for this Case is hereby set at **(USD$104,799,059.54)** to protect the rights to contract from the previous related case stated above. As a private and independent Federal Reserve System in support of a state republic through the Stark County

2

Government, *SENATE DOC. 43 of the 73rd Congress, 1st Session* as a **federalized** issue states the following:

> *"The **ultimate** ownership of **all property** is in the State, individual*
> *So-called "ownership" is only by virtue of Government, i.e. law,*
> ***Amounting to mere "user"** and use must be in accordance with*
> *Law and subordinate to the necessities of the State."*

**THIRD PARTY DEFENDANT must require the Stark County Government to relinquish the property in question immediately on behalf of the State of Ohio, as unrelated case No. 2020-CV-01645 to this related case rendered the Stark County Government a JUDGMENT DEBTOR, with exclusive rights to release the lien upon lands and tenements on any property in the State**. THIRD PARTY PLAINTIFF exists as a separate government unit, pursuant to 109.23 et seq and 1716 of the ORC; Honor in Commerce by Executive Order 6102 and HJR 192; 48 Statute 1, Public Law 89-719 and Public Law 73-10. In light that THIRD PARTY DEFENDANT parties may not file any injunction for the dismissal of this case will establish an Implied Governmental BOND Trust Partnership. THIRD PARTY PLAINTIFF will Move this Court for Dismissal of this claim Without Prejudice in the event this transaction(s) may be complete within the designated ten day (10) period. The judge in the instant matter may also render an immediate *Sua Sponte* adjudication to properties in the State for recovery by THIRD PARTY

PLAINTIFF within the same ten (10) day period to prevent being enjoined to the related case for criminal injunction as to the following:

## DOMESTIC TERRORISM
## ARTICLE 287 OF THE UNCLOS

As a Settlement Dispute to Article 287 of the United Nations Convention on the Law of the Sea, THIRD PARTY DEFENDANTS for related Civil Case No. 1:21-CV-596-CJN operate under the National Flag for Military Installations which is in violation of the American Constituency under Admiralty/Maritime Law and Jurisdiction of the sea, pursuant to Title 4 USC § 1 and 2 and 3 for mutilation, amounting to Domestic Terrorism in the continental United States.

The Ohio State republic -vs- the de facto State of OHIO is meant to show disparity that resulted in the adverse ruling of the unrelated Civil Case in Stark County. According to the Act of 1871, the United States is a corporation that exercises duality outside of its domestic or continental territory that establishes a Non-Resident Alien or a SHADOWN government that may benefit from either side of this contentious proceeding. The related case that relied on criminal evidence from its unrelated case that is leveraged against the instant matter would create acts of Treason against the United States by THIRD PARTY DEFENDANTS herein

4

that goes against the Oaths of Office by all elected officials for not protecting the integrity of the State.

### ADMIRALTY/MARITIME WAR FLAGS

In support of the services provided by THIRD PARTY DEFENDANTS, we examine the National Flag status of the United States corporate government from both sides. The true American Peacetime Civil Flag only flew in America during the 3 years America was not at war with anyone. Presently, and by Executive Order 10834, the status has changed to National Flag(s) or U.S. Military Flag(s) of War to signify Maritime-Admiralty/Military-at-Wartime/Law Merchant jurisdiction and not Common Law or the organic U.S. Constitution, pursuant to 4 USC §§ 1,2,3, as a mutilation with yellow fringes and tassels; representing No nation and No constitution that obviously is not represented by Congress to include the Board of Governors of the Federal Reserve System.

### SPECIAL AGREEMENT-ARTICLE 36, PARAGRAPH 2

THIRD PARTY PLAINTIFF hereby proposes a Special Agreement with the THIRD PARTY DEFENDANTS of this case for consideration. The present acts of this Democracy are very dangerous impositions on the civil liberties of THIRD PARTY PLAINTIFF. Every form of social and economic injustice has been endured as this action is being filed to give voice to this opposition. A republican form of

government has been severely compromised, as with the previous related Civil Case. Corporate laws and tyranny are repugnant to the Constitution and must now be deemed null and void; Marbury vs Madison, 5 US (2 Cranch) 137, 174, 176, (1803). "No one is bound to obey an unconstitutional law and no courts are bound to enforce it." 16 Am Jur 2d, Sec 177 late 2d, Sec 256.

## CHARGING INSTRUMENT

In the formation of the United States corporate government as part of Act of 1871; did KNOWINGLY and INTENTIONALLY cause the actors of unrelated Civil Case No. 2020-CV-01645 to create conflict(s) of interest that resulted in the illegally obtained Judgment Entry. Such acts of insurrection and rebellion against the sovereign united states of America constitutes felonious acts, as evidenced through methods of a Ponzi Scheme, a felony under Title 15 USC §§ 78(j); Title 17 Code of Federal Regulations; § 240.10b-5; and Title 18 USC § 2, Tax Evasion, a felony under 26 § 7201 of the Internal Revenue Code; Money Laundering, a felony under 18 USC ch. 46 § 981; 18 USC ch. 95 § 1956-1957; and Straw Buying, a felony under 17 CFR § 240.10b5-1 on the basis of insider trading due to the federalization of Senate Doc. No. 43 of the 73rd Congress, 1st Session; all collectively comprised as a Continued ongoing Criminal Enterprise for a Racketeering Influenced Corrupt Organization; a/k/a the RICO statute at 18 USC

6

§§ 1961-68 *ab initio* against the United States corporate government, pursuant to 18 USC §§ 1961-68 *ab initio* against the United States Corporation at 28 USC § 3002 (15)(A)(B)(C) that operates under Color of Law. This statute can also be construed to mean Crimes Against Humanity, as codified in Article & of the International Criminal Court. The following statute was originally published on October 15, 1970 as 84 Stat. 922-3 a/k/a 84 Stat. 941 enacted by the 91st United States Congress; an act relating to the control of organized crime in the United States under the Amended title(s) 2471 18 USC § 2: Crimes and Criminal Procedure.

The esquire to the THIRD PARTY PLAINTIFF has been deemed an Enemy of the State as evidenced by Pub.L 65-91 40 Stat. 411 § 4301 et. Seq H.R. 4960 ("TWEA") adopted October 6, 1917, enacted by the 65th United States Congress; an act to define, regulate, and punish trading with the enemy, and for other purposes. THIRD PARTY PLAINTIFF in the instant matter will maintain its protection from the corporate United States as the de jure OHIO STATE republic and all other forms of government from acts of retaliation and domestic Violence as evidenced by Article IV § 4 of the Constitution for the United States and pursuant to 17 USC of the Code of Federal Regulations (CFR).

The validity of the public debt of the United States, authorized by law, including debt incurred for payment of pensions and bounties for services in suppressing insurrection or rebellion, shall not be questioned.

### LEGAL ANALYSIS-ARTICLE 287

Based on the criminal evidence presented in the Judgment Entry of Civil Case No. 2020-CV-01645 to related Civil Case No. 1:21-CV-596-CJN creates a conflict of interest as a Contentious Case that immediately forces a Settlement of this dispute with services rendered by THIRD PARTY DEFENDANTS in the instant matter. The flags of Admiralty and Maritime jurisdiction or Law of the Sea is of international interests; meaning the United States corporation does not have to abide by its own laws for qualified immunity.

THIRD PARTY DEFENDANT-PLAINTIFF is responsible for proper representation of the State Attorney General and County Prosecutor(s) or have their Oath of Office revoked and subjects removed from public office, pursuant to ORC 3.08 for refusal to provide such services on the same merits to the Board of Elections.

**Respectfully Submitted,**

By: *Guy Andrew Mack, Jr.*
GUY ANDREW MACK, JR.
STARK COUNTY GOVERNMENT

## CERTIFICATE OF SERVICE

On the ___15th___ day of May, 2021, **THIRD PARTY PLAINTIFF** hereby performs the service of process to the Clerk of the Court, Sandy Opacich, United States District Court for the Northern District of Ohio Eastern Division by Overnight FedEx Service, Air Bill No. 8163 9179 4706.

Appearance(s) and all correspondence by Defendant parties should be forwarded to:

Merrick Garland
Attorney General
United States Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530


By: *Guy Andrew Mack, Jr.*
    GUY ANDREW MACK, JR.
    STARK COUNTY GOVERNMENT