

| DATE | DOCUMENT ID | DESCRIPTION | FILING | EXPED | CERT | COPY |
|---|---|---|---|---|---|---|
| 12/12/2017 | 201734503594 | Business Trust Assignment (BSA) | 25.00 | 100.00 | 0.00 | 0.00 |

**Receipt**

This is not a bill. Please do not remit payment.

STARK COUNTY COMMISSIONERS
110 CENTRAL PLAZA SOUTH, SUITE 240
CANTON, OH 44702

# STATE OF OHIO
## CERTIFICATE

**Ohio Secretary of State, Jon Husted**

4073882

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**UNITED STATES FEDERAL RESERVE SYSTEM**

and, that said business records show the filing and recording of:

Document(s)                                         Document No(s):
**Business Trust Assignment**                       **201734503594**

Effective Date: 12/08/2017



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 12th day of December, A.D. 2017.

*Jon Husted*

**Ohio Secretary of State**

Form 544 Prescribed by:


**JON HUSTED**
Ohio Secretary of State

Toll Free: (877) SOS-FILE (877-767-3453)
Central Ohio: (614) 466-3910
www.OhioSecretaryofState.gov
busserv@OhioSecretaryofState.gov
File online or for more information: www.OHBusinessCentral.com

Mail this form to one of the following:

Regular Filing (non expedite)
P.O. Box 1329
Columbus, OH 43216

Expedite Filing (Two business day processing time.
Requires an additional $100.00)
P.O. Box 1390
Columbus, OH 43216

For screen readers, follow instructions located at this path.

# Application for Exclusive Right to Name of Business Trust and Transfer of Business Trust Name
### Form Must Be Typed

☐ (1) Application for Exclusive Right to Name a Business Trust (118-BTN)
Filing Fee $50.00

☒ (2) Transfer of Business Trust Name (119-BSA)
Filing Fee $25.00

Any business trust that has not made the filings described under section 1746.04 of the Revised Code may submit a written application for the exclusive right to use a specified name as the name of such business trust. The right so obtained may be transferred by the applicant by the filing of a written transfer stating the name and address of the transferee.

**If box (1) is checked above, please complete the following information**

Business Trust Name to be Registered

Applicant's Address
Mailing Address

City | State | ZIP Code

**If box (2) is checked above, please complete the following information**

Registration Number of Name Being Transferred: 4073882

New Applicant's Name: STARK COUNTY GOVERNMENT

New Applicant's Address: 110 CENTRAL PLAZA SOUTH
Mailing Address

City: CANTON | State: Ohio | ZIP Code: 44702

**By signing and submitting this form to the Ohio Secretary of State, the undersigned hereby certifies that he or she has the requisite authority to execute this document.**

**Required**

Must be signed by an authorized officer of the business trust.

If authorized representative is an individual, then they must sign in the "signature" box and print their name in the "Print Name" box.

If authorized representative is a business entity, not an individual, then please print the business name in the "signature" box, an authorized representative of the business entity must sign in the "By" box and print their name in the "Print Name" box.

UNITED STATES FEDERAL RESERVE SYSTEM

Signature

*JPMorgan Chase Bank, National Association (2118141)*

By (if applicable)

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION (2118141)

Print Name

THE FEDERAL RESERVE BANK OF FITE & CO. HOLDINGS

Signature

*Christopher Eric Fite LLC (3888559)*

By (if applicable)

CHRISTOPHER ERIC FITE LLC (3888559)

Print Name

AO 132 (Rev. 12/03) Exemplification Certificate

# UNITED STATES DISTRICT COURT

For the _____ District of _____ District of Columbia

## EXEMPLIFICATION CERTIFICATE

I, _____ Angela D. Caesar _____, Clerk of this United States District Court, keeper of the records and seal, certify that the attached documents:

Copy of Certified Green Card Serves as CRIMINAL BOND in the amount of $104,799,059.54.

RECEIVED
Mail Room
MAR 18 2021
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

are true copies of records of this Court.

In testimony whereof I sign my name and affix the seal of this Court, in this District, at Washington _____ on __ 3/18/2021 __
City                                                                                Date

_____                    _____
Clerk                                         (By) Deputy Clerk

I, _____ Carl J. Nichols _____, a Judicial Officer of this Court, certify that _____ Angela D. Caesar _____, named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

_____                    _____
Date                                          Signature of Judge

                                              Judicial Officer
                                              Title

I, _____ Angela D. Caesar _____, Clerk of this United States District Court, keeper of the seal, certify that the Honorable _____ Carl J. Nichols _____,
                                                                              Judge

named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judge's official signature and know and certify the above signature to be that of the Judge.

In testimony whereof I sign my name, and affix the seal of this Court at _____ District of Columbia
Washington _____ in this State, on __ 3/18/2021 __
City                                                                                Date

_____                    _____
Clerk                                         (By) Deputy Clerk

CR-B

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br>United States Department of Justice<br>Att'n: Attorney General<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>MAR 12 2021 |
| 9590 9402 4651 8323 0225 36 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☑ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>EE 332 410 739 US | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

CR-B

**USPS TRACKING #**

9590 9402 4651 8323 0225 36

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

* Sender: Please print your name, address, and ZIP+4® in this box®

Guy Andrew Mack, Jr. ESQ.
523 Belden Ave. NE
Canton, Ohio 44704

DOC ID ----> 201916803140



| DATE | DOCUMENT ID | DESCRIPTION | FILING | EXPED | CERT | COPY |
|---|---|---|---|---|---|---|
| 06/18/2019 | 201916803140 | FICTITIOUS NAME REGISTRATION (NFO) | 39.00 | 100.00 | 0.00 | 0.00 |

**Receipt**
This is not a bill. Please do not remit payment.

CHRISTOPHER FITE
523 BELDEN AVENUE NE
CANTON, OH 44704

# STATE OF OHIO
## CERTIFICATE

**Ohio Secretary of State, Frank LaRose**
4348937

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**THE FEDERAL RESERVE BANK OF FITE & CO. HOLDINGS**

and, that said business records show the filing and recording of:

Document(s)                                           Document No(s):
**FICTITIOUS NAME REGISTRATION**                      201916803140
Effective Date: 06/17/2019

BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM
180 EAST BROAD STREET
COLUMBUS, OH 43215

Expiration Date:   06/17/2024



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 18th day of June, A.D. 2019.

**Ohio Secretary of State**

Form 534A Prescribed by:

**OFFICE OF THE**
Ohio Secretary of State

Toll Free: (877) SOS-FILE (877-767-3453)
Central Ohio: (614) 466-3910
www.OhioSecretaryofState.gov
Busserv@OhioSecretaryofState.gov
File online or for more information: www.OHBusinessCentral.com

Mail this form to one of the following:
Regular Filing (non expedite)
P.O. Box 670
Columbus, OH 43216
Expedite Filing (Two business day processing time. Requires an additional $100.00)
P.O. Box 1390
Columbus, OH 43216

For screen readers, follow instructions located at this path.

# Name Registration
Filing Fee: $39
Form Must Be Typed

**CHECK ONLY ONE (1) Box**

☐ Trade Name (167-RNO)    Date of first use: _____ MM/DD/YYYY

☒ Fictitious Name (169-NFO)

**THE FEDERAL RESERVE BANK OF FITE & CO. HOLDINGS**
Name being Registered or Reported

**BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM**
Name of the Registrant

Note: If the registrant is a partnership, please provide the name of the partnership. Individual partner names are not permitted but are required on page 2 of the form.

Registrant's Entity Number (if registered with Ohio Secretary of State): **4340726**

**All registrants must complete the information in this section**

The general nature of business conducted by the registrant:

TO EXPROPRIATE PRIVATE PROPERTY FOR PUBLIC USE IN THE ERECTION OF THE FEDERAL RESERVE BANK OF FITE & CO. HOLDINGS WITH ALIEN LAND REGISTRATION LR 1248 ON LAWFUL CONVEYANCE; WHO SELLS COLLATERALIZE DEBT OBLIGATIONS TO JPMORGAN CHASE BANK, NATIONAL ASSOCIATION (2118141) AT A DISCOUNT; VIA INTERNATIONAL WIRE TRANSFER FOR LIABILITY INSURANCE AGAINST THE PUBLIC DEBT; I.E. FEDERAL RESERVE NOTE(S) AND TO EXERCISE FRACTIONAL RESERVE BANKING IN REPAYMENT OF OBLIGATIONS OF THE UNITED STATES.

Business address:

**180 EAST BROAD STREET**
Mailing Address

| COLUMBUS | OHIO | 43215 |
|---|---|---|
| City | State | ZIP Code |

Complete the information in this section if registrant is a partnership NOT registered in Ohio pursuant to ORC 1776, if partnership is registered, provide registration number on page one.

Provide the name and address of <u>at least one</u> general partner:

| Name | Address |
|---|---|
|  |  |
|  |  |
|  |  |

NOTE: Pursuant to OAG 89-081, if a general partner is a foreign corporation/limited liability company, it must be licensed to transact business in Ohio; if a general partner is a foreign corporation/limited liability company licensed in Ohio under an assumed name, please provide the assumed name and the name as registered in its jurisdiction of formation.

By signing and submitting this form to the Ohio Secretary of State, the undersigned hereby certifies that he or she has the requisite authority to execute this document.

**Required**
Application must be signed by the registrant or an authorized representative.

Signature: THE FEDERAL RESERVE BANK OF FITE & CO. HOLDINGS

If authorized representative is an individual, then they must sign in the "signature" box and print their name in the "Print Name" box.

By (if applicable): Board of Governors of the Federal Reserve System

Print Name: BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM

If authorized representative is a business entity, not an individual, then please print the business name in the "signature" box, an authorized representative of the business entity must sign in the "By" box and print their name in the "Print Name" box.

Form 534A     Page 3 of 4     Last Revised: 10/01/2017

| GUY ANDREW MACK, JR. | SECURITIES ISSUER **NO. G33441588** |
|---|---|
| FEDERAL RESERVE BANK OF CHICAGO | **APPROVED** |
| 230 S. LASALLE STREET | |
| CHICAGO, IL 60604 | |

PAY TO THE ORDER OF __STARK COUNTY GOVERNMENT__ $104,799,000.00

ONE HUNDRED FOUR MILLION SEVEN HUNDRED NINETY NINE THOUSAND and 00/100 DOLLARS



TM REG #4461013

THIS NOTE IS LEGAL TENDER FOR ALL DEBTS PUBLIC AND PRIVATE PURSUANT TO §§ 31 USC 5103 AND UCC 9-105

FICTITIOUS REG #4348937

MEMO __PRIVATE CHARGEBACK ITEM__   FEDERAL RESERVE BANK OF CHICAGO

⑈071000301⑈ 271486168⑈

| CHECK DATE | PAYEE | CHECK AMOUNT |
|---|---|---|
| | | |

| ACCOUNT | DESCRIPTION | REFERENCE NO. | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| CHECK DATE | PAYEE | CHECK AMOUNT |
|---|---|---|
| | | |

| ACCOUNT | DESCRIPTION | REFERENCE NO. | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

DOC ID ---> 202010702506



| DATE | DOCUMENT ID | DESCRIPTION | FILING | EXPED | CERT | COPY |
|---|---|---|---|---|---|---|
| 04/17/2020 | 202010702506 | SERVICE MARK REGISTRATION (SMO) | 125.00 | 0.00 | 0.00 | 0.00 |

### Receipt
This is not a bill. Please do not remit payment.

THE FEDERAL RESERVE BANK OF FITE & CO. HOLDINGS
180 EAST BROAD STREET
COLUMBUS, OH 43215

# STATE OF OHIO
## CERTIFICATE

**Ohio Secretary of State, Frank LaRose**
**4461013**

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**THE SEAL OF THE FEDERAL RESERVE BANK OF FITE & CO. HOLDINGS CONTAINS 50 STARS TO REPRESENT THE 50 SEVERAL STATES; THE BALD EA**
and, that said business records show the filing and recording of:

Document(s)                                           Document No(s):
**SERVICE MARK REGISTRATION**                         202010702506
               Effective Date: 04/16/2020

Class                              36
Registrant's State of Inc.:        OH
Date of First Use:                 10/04/2020
Date of First Use in Ohio:         10/04/2020
Expiration Date:                   04/16/2030

THE FEDERAL RESERVE BANK OF FITE & CO. HOLDINGS
180 EAST BROAD STREET
COLUMBUS, OH 43215



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 17th day of April, A.D. 2020.

**Ohio Secretary of State**

DOC ID ----> 202010702506

Form 555 Prescribed by:



Toll Free: 877.767.3453 | Central Ohio: 614.466.3910
OhioSoS.gov | business@OhioSoS.gov
File online or for more information: OhioBusinessCentral.gov

# Trademark and Service Mark Application
## Filing Fee $125.00
### (174-TSMO)
### Form Must Be Typed

**Name of Applicant** | THE FEDERAL RESERVE BANK OF FITE & CO. HOLDINGS

If the applicant is a corporation, partnership, limited partnership or limited liability company, please provide the jurisdiction of formation.

**Jurisdiction of Formation** | Ohio

If the applicant is a partnership or limited partnership, please provide the names of all general partners:

**Name(s)**

**Business address of applicant.**

**Mailing Address** | 180 EAST BROAD STREET

**City** COLUMBUS     **State** Ohio     **ZIP Code** 43215

Form 555 — Page 1 of 3 — Last Revised: 06/2019

Describe the mark. The description you provide is the way the mark will be recorded on our database.

THE SEAL OF THE FEDERAL RESERVE BANK OF FITE & CO. HOLDINGS CONTAINS 50 STARS TO REPRESENT THE 50 SEVERAL STATES; THE BALD EAGLE, THE SYMBOL OF THE FEDERAL RESERVE BANK OF FITE & CO. HOLDINGS; A SHIELD WITH 13 STRIPES TO REPRESENT THE ORIGINAL 13 COLONIES OF THE UNITED STATES AND THE NATIONAL VIRTUAL LEASEHOLD INTERESTS OF THIS MARK AND 12 STARS TO REPRESENT THE 12 DISTRICT FEDERAL RESERVE MEMBER BRANCH BANK AFFILIATES OF THIS MARK; THE OLIVE BRANCH (LEFT) TO REPRESENT PEACE AND TRANQUILITY; AND THE OAK BRANCH (RIGHT) TO REPRESENT CONFIDENCE AND STRENGTH OF THE NEW MONEY SYSTEM OF THE FEDERAL RESERVE BANK OF FITE & CO. HOLDINGS.

Describe mode or manner in which the mark is used on or in connection with the goods or services.

THE SEAL OF THE FEDERAL RESERVE BANK OF FITE & CO. HOLDINGS WILL BE USED ON VARIOUS BUILDING(S), STRUCTURE(S) AND ANNEX(ES) ACQUIRED UNDER THIS MARK.

The class in which the goods or services fall (see list following form.) Class 36. Insurance and Finance Services

Describe the goods or services used in connection with the mark.

WAREHOUSING OF THE NATIONAL PRODUCT OF FEDERAL RESERVE NOTES.

The mark has been used in business by the applicant (or predecessor) since 04/10/2020
Date (MM/DD/YYYY)

and used in Ohio since 04/10/2020 .
Date (MM/DD/YYYY)

The applicant is the owner of the mark, the mark is in use, and to the knowledge of the person verifying the application, no other person has the right to use the mark in Ohio either in the identical form of the mark, or in near resemblance to the mark, as to be likely, when used on or in connection with the goods or services of another person, to cause confusion or mistake or to deceive.

To the knowledge of the person verifying the application, no other person has a registration or a pending intent to use application of the same or a confusingly similar mark in the United States Patent and Trademark office for the same or similar goods or services.

○ Applicant is the owner  OR  ⦿ Applicant is NOT the owner  of a concurrent registration in the United States Patent and Trademark office of the applicant's mark covering an area including Ohio.

A specimen of the mark which shows the mark in use is attached to the application.

**By signing and submitting this form to the Ohio Secretary of State, the undersigned hereby certifies that he or she has the requisite authority to execute this document.**

**Required**

Must be signed by the applicant or an authorized representative of the applicant.

If authorized representative is an individual, then they must sign in the "signature" box and print their name in the "Print Name" box.

If authorized representative is a business entity, not an individual, then please print the business name in the "signature" box, an authorized representative of the business entity must sign in the "By" box and print their name in the "Print Name" box.

| BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM |
Signature

| CHRISTOPHER ERIC FITE LLC (371559) |
By (if applicable)

| CHRISTOPHER ERIC FITE LLC (371559) |
Print Name

| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION (2118141) |
Signature

| CHRISTOPHER ERIC FITE LLC (3888559) |
By (if applicable)

| CHRISTOPHER ERIC FITE LLC (3888559) |
Print Name